# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**MICHAEL TAYLOR, ROBERT McNEIL,
and DAMON JOHNSON**

       vs.                      **CASE NUMBER: 5:05-cv-750**
                                                           (GTS/GJD)

**THE CITY OF SYRACUSE, POLICE
OFFICER ROSE #336, POLICE OFFICER
MILLS #515, SERGEANT HOLTMAN
SERGEANT DERBY, and UNIDENTIFIED
POLICE OFFICERS**

_____

**Decision by Court.** This action came to hearing before the Court. The issues have heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is GRANTED in its entirety, and the Plaintiffs' Complaint is Dismissed. Judgment is hereby entered in favor of the Defendants' and this action is now closed.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 7th day of April, 2009.


DATED: April 7, 2009

*[signature]*
Clerk of Court

                                              s/
                                   Melissa Ennis
                                   Deputy Clerk